# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____
: 
**ENRIQUETA B. AGCAOILI,** :
:
**Plaintiff** :
:
**v.** :     **Civil Action No. 07-5398(KSH)**
:
**MAKRAM MICHAIL, et al.,** :
:     **ORDER**
**Defendants** :
_____ :


    This matter having come before the Court by way of motion of the plaintiff "for pre-trial, final trial, and jury trial," dated July 7, 2008;

    and a review of the motion suggesting that plaintiff is opposing the defendants' request that she be prohibited from filing additional motions;

    and the Court having issued an Order dated July 2, 2008 stating that no further motions shall be filed until the United States District Judge acts on the report and recommendation;

    and the United States District Judge having not yet acted on the report and recommendation;

    and for the reasons set forth in the Order dated July 2, 2008;

    IT IS ON THIS 14th day of July, 2008

    ORDERED that the motion "for pretrial, final trial, and jury trial" is denied without prejudice.


                    s/Patty Shwartz_____
                    **UNITED STATES MAGISTRATE JUDGE**