UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ENRIQUETA B. AGCAOILI,<br>　　　　　Plaintiff,<br><br>　v.<br><br>MAKRAM MICHAIL, et al.,<br>　　　　　Defendants. | Civ. Action No. 07-5398 (KSH)<br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

　　On November 9, 2007, plaintiff filed a complaint seeking to obtain a certified food stamp record from defendants. (Compl. 2.) Plaintiff explained that she needed the certified record to go before the Workers' Compensation Board in New York. (Compl. 2.)

　　On May 12, 2008, Magistrate Judge Patty Shwartz submitted a report and recommendation pursuant to 28 U.S.C. § 636 (b)(1) that this Court dismiss the case as resolved as all of the relief that the plaintiff sought has been provided. (D.E. 14.) Judge Shwartz noted that defendants' letters dated May 7, 2008, May 9, 2008, and May 15, 2008, which set forth the status of the documents sought by plaintiff in filing this suit, demonstrated that certified copies of the documents had been produced and provided to plaintiff.

　　The Court having reviewed de novo the report and recommendation of Magistrate Judge Shwartz; and the Court having determined that plaintiff has obtained the relief sought in her complaint,

　　**IT IS** on this 31st day of July 2008,

**ORDERED** that the report and recommendation of Magistrate Judge Shwartz is adopted as the opinion of this Court; and it is further

**ORDERED** that plaintiff's complaint is dismissed as resolved as all of the relief that the plaintiff sought has been provided; and it is further

**ORDERED** that the Clerk of the Court is directed to close this matter.

/s/Katharine S. Hayden

Katharine S. Hayden, U.S.D.J.